**James SPEARS, Movant, v. COMMON-WEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

March 20, 1953.

Fritz Krueger, Somerset, for movant.

J. D. Buckman, Jr., Atty. Gen., H. D. Reed, Jr., Asst. Atty. Gen., for opposed.

PER CURIAM.

Judgment of conviction for maintaining a common nuisance and imposing a fine of $100.

Appeal denied. Judgment affirmed.